**Jean W. DAVIS, Plaintiff–Appellant,**

v.

**L–3 COMMUNICATIONS, Combat Propulsion Systems, Defendant–Appellee.**

No. 15–1833.

United States Court of Appeals, Sixth Circuit.

March 30, 2016.

BEFORE: MERRITT, GIBBONS, and SUTTON, Circuit Judges.

**JULIA SMITH GIBBONS**, Circuit Judge.

Plaintiff-appellant Jean Davis brought age discrimination and retaliation claims against her former employer, L–3 Communications, Combat Propulsion Systems (L–3), based, respectively, on her termination during a reduction in force and L–3's subsequent failure to rehire her. Davis appeals the district court's grant of summary judgment to L–3 on her retaliation claim, arguing she established a *prima facie* case of retaliation under the Age Discrimination in Employment Act.

After carefully reviewing the record, the applicable law, and the parties' briefs, we find that the district court's opinion correctly sets out the facts and the governing law. Because this court's issuance of a full opinion would serve no jurisprudential purpose and would be duplicative, we affirm on the basis of the district court's well-reasoned order of June 22, 2015.